# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANDREW M.W., [1] | Civil No. 22-2025 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

_____

Edward C. Olson, **Reitan Law Office**, 80 South 8th Street, Suite 900, Minneapolis, Minnesota 55402 for Plaintiff.

Karl E. Osterhout, **Osterhout Disability Law,** LLC, 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139 for Plaintiff.

Ana H. Voss, **United States Attorney's Office**, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 for Defendant.

Angela Thornton-Millard, **SSA-Ogc**, Poc Gernert, James, 6401 Security Boulevard, 1520 Annex, Baltimore, Maryland 21235 for Defendant.

James D. Sides, **Social Security Administration, Office of the General Counsel, Office of Program Litigation, Office 4**, 6401 Security Boulevard, Baltimore Maryland 21235 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge

Leo I. Brisbois, and after an independent review of the files, records and proceedings in

the above-entitled matter, **IT IS HEREBY ORDERED** that:

_____

1 This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

1.      Plaintiff's request for relief, [Docket No. 18], is **GRANTED**;

2.      Defendant's Motion for Summary Judgment, [Docket No. 20], is **DENIED**; and

3.      The above matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 28, 2023                          s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                                       United States District Judge